# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS UNION LOCAL NO. 3 of the INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KROEKER, INC.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 08-411 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION** |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Private Demolition Agreement which resolves all disputes between the parties, this Court:

1. DISMISSES this action;
2. VACATES all pending matters, including the October 9, 2008 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　September 30, 2008**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1